# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00729-CV

**Jodi Regina Copley, Appellant**

**v.**

**Jeffrey Kyle Frazier, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-FM-14-003767, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Jodi Regina Copley, pro se, has filed a notice of appeal from a district court divorce decree that ended her marriage to Jeffrey Kyle Frazier.  Her opening brief was originally due on February 29, 2016.  After Copley failed to file her brief timely, the Clerk of this Court sent notice to appellant on March 14, 2016, advising that her brief was overdue and that if she did not file a brief or otherwise respond with a reasonable explanation for her failure by March 24, 2016, her appeal would be subject to dismissal for want of prosecution.[1]  The March 24 deadline has passed, and to date Copley has not filed a brief or otherwise responded.  Accordingly, we dismiss this appeal for want of prosecution.[2]

---

[1]  *See* Tex. R. App. P. 38.8(a)(1) (if appellant fails to timely file a brief, Court may dismiss appeal for want of prosecution unless appellant reasonably explains the failure and appellee is not significantly injured by that failure).

[2]  *See id.* R. 42.3(b), (c).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Prosecution

Filed: May 25, 2016